UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.

MARKIS REVLAND,

    Respondent.
_____/

Civil Action No. 5:06-HC-02212

HON. BERNARD A. FRIEDMAN

## JUDGMENT

The court in this matter has issued findings of fact and conclusions of law. In accordance therewith,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner.

IT IS FURTHER ORDERED AND ADJUDGED that respondent be released from custody in this case.

DENNIS IAVARONE
CLERK OF COURT

By: _____
    Deputy Clerk

Approved: ____/s/_____
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION